## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ROBERT DUNCAN,          :   No. 20 EM 2016

           Petitioner

           v.

MITRA QSR D/B/A KFC,

           Respondent       :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.